**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1596**

_____

SAMUEL T. WHATLEY, II,

        Plaintiff - Appellant,

     v.

CHARLESTON COUNTY BOARD OF ELECTIONS; SOUTH CAROLINA ELECTION COMMISSION; SOUTH CAROLINA ETHICS COMMISSION,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston. Richard Mark Gergel, District Judge. (2:23-cv-00833-RMG)

_____

Submitted: November 19, 2024              Decided: November 21, 2024

_____

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Samuel T. Whatley, II, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel T. Whatley, II, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Whatley's civil complaint for lack of standing and lack of subject matter jurisdiction.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Whatley v. Charleston Cnty. Bd. of Elections*, No. 2:23-cv-00833-RMG (D.S.C. June 13, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's order is a final, appealable order because the court did not grant Whatley leave to amend his complaint. *Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order).

2